IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARLEY AUBREY GETSON,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ANTHONY J. BLINKEN, et al.,**<br><br>**Defendant.** | CIVIL ACTION<br><br>NO. 23-4027 |

# ORDER

**AND NOW**, this 14th day of July, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 17), Plaintiff's Response thereto and the Parties' Sur-replies and Supplemental and Letter briefing, it is hereby **ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/   Mitchell S. Goldberg*
_____
**Mitchell S. Goldberg,      J.**